**STEVEN BENJAMIN, ESQ. (SBN 176784)**
**WENDY L. BENJAMIN, ESQ. (SBN 182962)**
**BENJAMIN LAW OFFICES**
1127 18th Street
Sacramento, California 95811
Tel: (916) 476-4880
Fax: (916) 476-4889

Attorneys for Plaintiff Millennium Transportation, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILLENNIUM TRANSPORTATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL DRIVER SOLUTIONS CORP., an Arizona corporation, NATIONAL DRIVERS SOLUTIONS, an unknown business entity doing business in California, MARK MCINTOSH, an individual, REBECCA LAWLOR, an individual, and DOES 1 to 100, inclusive, <br><br> Defendants. | Case No. 2:18-cv-00687-MCE-KJN <br><br> STIPULATION AND ORDER TO EXTEND NON-EXPERT DISCOVERY COMPLETION DATE <br><br> [FRCP 16(b)] |

       Pursuant to FRCP 16(b)(4) and the Court=s Initial Pre-Trial Scheduling Order, Plaintiff and Defendants, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Defendants removed Plaintiff=s state court complaint and opened this case on March 28, 2018.

2. The Court issued an Initial Pre-Trial Scheduling Order on March 30, 2018, established a

Discovery Completion Date of three hundred and sixty-five days from the date the federal case was opened, i.e., March 28, 2019. [Docket Item 4].

3. Plaintiff has served extensive discovery on Defendants. Plaintiff has granted Defendants extensions of time to respond the discovery as a matter of professional courtesy, to avoid unnecessary litigation expense and/or the involvement of the court in resolving discovery disputes.

4. Plaintiff and Defendant have agreed to extend the non-expert discovery completion date from March 29, 2019 to June 30, 2019.

5. Good cause to extend the discovery completion date exists because the parties are actively engaged in settlement discussions and wish to avoid unnecessary litigation expense and/or the involvement of the court in resolving discovery disputes.

6. No prior extensions of the discovery completion date have been stipulated by the parties or ordered by the Court.

7. All other components of the Initial Scheduling Order shall remain as stated in the order.

So Stipulated.

Dated: March 7, 2019　　　　　　　　　BENJAMIN LAW OFFICES

　　　　　　　　　　　　　　　　　　By: /s/ Steven Benjamin
　　　　　　　　　　　　　　　　　　　　Steven Benjamin, Esq.
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Dated: March 7, 2019　　　　　　　　　LAW OFFICES OF PAUL B. JUSTI

　　　　　　　　　　　　　　　　　　By: /s/ Paul B. Justi
　　　　　　　　　　　　　　　　　　　　Paul B. Justi
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

## ORDER

Pursuant to the stipulation between the parties, all discovery, with the exception of expert discovery, shall be completed no later than June 30, 2019.

IT IS SO ORDERED.

Dated: March 13, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE