**STEVEN BENJAMIN, ESQ. (SBN 176784)**
**WENDY L. BENJAMIN, ESQ. (SBN 182962)**
**BENJAMIN LAW OFFICES**
1127 18th Street
Sacramento, CA 95811
Telephone: (916) 476-4880
Facsimile: (916) 476-4889

Attorneys for Plaintiff Millennium Transportation, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILLENNIUM TRANSPORTATION, INC. <br><br> Plaintiff <br><br> vs. <br> NATIONAL DRIVER SOLUTIONS CORP., an Arizona corporation, LA DRIVER CORP, an Arizona corporation, NATIONAL DRIVERS SOLUTIONS, an unknown business entity doing business in California, MARK MCINTOSH, an individual, DAVID SPIVEY, an individual, REBECCA LAWLOR, an individual, and DOES 1 to 100, inclusive, <br><br> Defendants. | Case No. 2:18-cv-00687-MCE-KJN <br><br> NOTICE OF SETTLEMENT AND STIPULATION FOR DISMISSAL; ORDER THEREON |

**NOTICE OF SETTLEMENT**

Pursuant to L.R. 160, Plaintiff MILLENNIUM TRANSPORTATION, INC. and Defendants NATIONAL DRIVER SOLUTIONS CORP., an Arizona corporation, NATIONAL DRIVERS SOLUTIONS, an unknown business entity doing business in California, MARK MCINTOSH, an individual, REBECCA LAWLOR (ADefendants@) (collectively, the AParties@), hereby provide notice that they have entered into a written settlement agreement, and have settled this matter in its entirety (ASettlement@).

**REQUEST FOR DISMISSAL**

NOTICE OF SETTLEMENT AND STIPULATION FOR DISMISSAL; ORDER THEREON
(Millennium Transportation, Inc. v. National Driver Solutions Corp., et al, 2:18-cv-00687)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate and agree to dismiss this action in its entirety with prejudice, with each party to bear its own attorneys= fees and costs. Based on the Settlement, the Parties request that the Court dismiss this action accordingly.

So Stipulated.

Dated: July 9, 2019       BENJAMIN LAW OFFICES

By: /s/ Steven Benjamin

Steven Benjamin, Esq.

Attorneys for Plaintiff

Dated: July 9, 2019       LAW OFFICES OF PAUL B. JUSTI

By: /s/ Paul B. Justi

Paul B. Justi

Attorneys for Defendants

**ORDER**

In accordance with the foregoing stipulation between the parties and the settlement of this action, this action is hereby dismissed in its entirety, with prejudice, each party shall bear its own attorneys= fees and costs.

The matter having been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: July 17, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

NOTICE OF SETTLEMENT AND STIPULATION FOR DISMISSAL; ORDER THEREON
(Millennium Transportation, Inc. v. National Driver Solutions Corp., et al, 2:18-cv-00687)